# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| LIBERTY MUTUAL GROUP INC | CIVIL ACTION NO. 20-cv-967 |
| VERSUS | JUDGE DONALD E. WALTER |
| LINUS MAYES | MAGISTRATE JUDGE HAYES |

## ORDER

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED** that defendants' Rule 12(b)(1) motion to dismiss for lack of subject matter jurisdiction (Record Document 7) is **DENIED**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 2nd day of October, 2020.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE