**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| **LIBERTY MUTUAL GROUP INC** | **CASE NO.  5:20-CV-00967** |
| **VERSUS** | **JUDGE DONALD E. WALTER** |
| **LINUS MAYES** | **MAGISTRATE JUDGE HAYES** |

**ORDER**

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended is warranted,

**IT IS ORDERED** that **MICHAEL FRIED** be appointed as umpire in this matter.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 15th day of October, 2020.

Donald E. Walter
United States District Judge